434

■■■■■■■■■■■■■■■■

395 A.2d 983

Forceno, Appellant, v. Read.

■■■■■■■■■■■■■■■■

Argued September 13, 1978. Stephen R. Bolden, with him Nicholas J. Scafidi, for appellant; James J. Donohue, with him Joseph V. Pinto, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

395 A.2d 983

Friedman et al. v. Friedman, Appellant.

■■■■■■■■■■■■■■■■

Argued September 14, 1978. Neil Hurowitz, for appellant; Arthur L. Jenkins, Jr., for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Decree affirmed.